MAE L. ANDERSON, Appellant, *v.* HELEN P. BROWN, Individually and as Executrix of ELMER S. ANDERSON, Deceased, Respondent.

Argued April 4, 1951; decided April 13, 1951.

*Warren W. Johnson* for appellant.

*Alton R. Erickson* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.